**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Collins, | No. CV-19-00174-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Beau Barber, et al., | |
| Defendants. | |

Pursuant to the agreement of the parties,

**Accordingly,**

**IT IS ORDERED** that the Motion to Dismiss (Doc. 160) is GRANTED.

**IT IS FURTHER ORDERED** that the matter is dismissed with prejudice and for each party to bear their own costs.

Dated this 3rd day of September, 2021.

_____
Honorable David C. Bury
United States District Judge